IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY KEVIN SUTTON,
    Plaintiff,

vs.                               3:05cv395/LAC/MD

ARNP M. NICHOLS,
    Defendant.
_____

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 14, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.  No objections have been filed.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's motion for injunctive relief (doc. 23) is DENIED.

DONE AND ORDERED this 15th day of August, 2006.

                                                s/*L.A. Collier*
                                               **LACEY A. COLLIER**
                                               **SENIOR UNITED STATES DISTRICT JUDGE**