IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY KEVIN SUTTON,
    Plaintiff,

vs.                                                    Case No: 3:05cv395/LAC/MD

MARSHA NICHOLS,
    Defendant.

---

**O R D E R**

    Defendant in this civil rights case has filed a special report as required by the court (doc. 25), and the plaintiff has filed an affidavit in opposition to the special report (doc. 40).  The court now concludes, pursuant to Rule 56, <u>Federal Rules of Civil Procedure</u>, that as of the date of this order the special report should be treated as a motion for summary judgment and the plaintiff's response should be treated as a response to the motion for summary judgment.

    Accordingly, it is ORDERED:

    1.  On or at any time after March 9, 2007 (the "submission date"), the court shall consider the motion for summary judgment and may resolve the motion and this case without an evidentiary hearing.[1]

---

[1] This submission is without oral argument.  If the court determines that oral argument on the motion is required, a date for the argument will be scheduled later.

**2.**  On or before the submission date, the plaintiff may, but is not required to, file a further response to the motion for summary judgment.[2]  The plaintiff should be careful to insure that the initial response, if any, and any further response comply with the provisions of Rule 56(e) of the Federal Rules of Civil Procedure.  He may not rest upon the mere allegations or denials of his pleadings, but must, by affidavits or as otherwise provided for in this rule, set forth specific facts showing that there is a genuine issue for trial. The plaintiff is reminded that failure to follow the requirements of Rule 56 in opposing a motion for summary judgment may result in the motion being granted and final judgment being entered in favor of the moving party without there being an evidentiary hearing or trial.

**3.**  On or before the submission date, the defendants may submit additional Rule 56 materials.[3]

**4.**  Any documents or evidence filed after the submission date will not be considered by the court barring exceptional circumstances.

**5.**  The clerk shall return this file to my chambers on March 12, 2007.

**DONE AND ORDERED this 8th day of February, 2007.**

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

---

[2] The plaintiff's previously filed opposition to the special report will be considered as the plaintiff's response to the motion for summary judgment.  <u>Plaintiff therefore shall not resubmit any materials (affidavits, documents, or arguments) previously filed</u>.

[3] <u>The defendants shall not resubmit any materials (affidavits, documents, or arguments) previously filed as part of the special report</u>.