IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY KEVIN SUTTON,
    Plaintiff,

vs.                      CASE NO.: 3:05cv395/LAC/MD

MARSHA NICHOLS,
    Defendant.

_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 4, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The defendant's special report, construed as a motion for summary judgment (doc. 25) is GRANTED and the clerk is directed to enter judgment in favor of the defendant and close the file.

    DONE AND ORDERED this 12th day of June, 2007.

                                          s/*L.A. Collier*
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**